UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>D1-Lorente Lamar Washington,<br>D2-Jamal Daniel Champele,<br><br>    Defendants.<br>_____/ | Case: 2:22-cr-20284<br>Assigned To : Roberts, Victoria A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 6/1/2022<br>Description: INDI USA V.<br>WASHINGTON, ET. AL (KB)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 2 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### FELON IN POSSESSION OF AMMUNITION

D1-Lorente Lamar Washington

On or about April 11, 2022, in the Eastern District of Michigan, the defendant, LORENTE LAMAR WASHINGTON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed rounds of nine millimeter ammunition, one with a head stamp marking on the casing of "USA 9MM LUGGER", said ammunition having previously been shipped and transported in interstate and/or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(l).

1

## COUNT TWO
## 18 U.S.C. § 922(g)(1); 18 U.S.C. § 2
## FELON IN POSSESSION OF A FIREARM

D1-Lorente Lamar Washington
D2-Jamal Daniel Champele

On or about May 16, 2022, in the Eastern District of Michigan, the defendants, LORENTE LAMAR WASHINGTON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and JAMAL DANIEL CHAMPELE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is:

a. one Beretta APX 9mm pistol bearing serial number A119883X, said firearm having previously been shipped and transported in interstate and foreign commerce,;

b. one Zastava model N-PAPDF 7.62 caliber rifle bearing serial number NPDF012965, said firearm having previously been shipped and transported in interstate and foreign commerce;

c. one American Tactical OMNI -Hybrid multi-caliber AR pistol bearing serial number NS269305, said firearm having previously been shipped and transported in interstate and foreign commerce;

d. one ROMARM SA-CUGIR SAR-1 7.62 caliber rifle bearing serial

2

number S1-86906-03, said firearm having previously been shipped and transported in interstate and foreign commerce;

e. one Black Rain Ordinance SPEC15 multi-caliber rifle bearing serial number SM031551, said firearm having previously been shipped and transported in interstate and foreign commerce;

f. one Master Piece Arms 9mm pistol bearing serial number FJ01077, said firearm having previously been shipped and transported in interstate and foreign commerce;

All in violation of 18 U.S.C. §§ 922(g)(1) and 2

## FORFEITURE ALLEGATION

The allegations contained in Count 1 and Count 2 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

As a result of the foregoing violation of Title 18, United States Code, Section 922(g), as charged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States any firearm or ammunition involved in or used in his knowing violation of section 922(g), including, but not limited to the following: one Beretta APX 9mm pistol bearing serial number A119883X; one Zastava model N-PAPDF 7.62 caliber rifle bearing serial number NPDF012965; one ROMARM

SA-CUGIR SAR-1 7.62 caliber rifle bearing serial number 1-86906-03; one American Tactical OMNI -Hybrid multi-caliber AR pistol bearing serial number NS269305; one Black Rain Ordinance SPEC15 multi-caliber rifle bearing serial number SM031551; one Master Piece Arms 9mm pistol bearing serial number FJ01077 .

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
UNITED STATES ATTORNEY


*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit


*s/ Robert A. Moran*
ROBERT A. MORAN
Assistant United States Attorney


Dated: June 1, 2022

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:22-cr-20284<br>Assigned To : Roberts, Victoria A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 6/1/2022<br>Description: INDI USA V.<br>WASHINGTON, ET. AL (KB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐ Yes ☑ No | AUSA's Initials: _RM_ |

Case Title: <u>USA v. Lorente Lamar Washington et al</u>

County where offense occurred: <u>Oakland</u>

Offense Type: <u>Felony</u>

Indictment -- prior complaints **[Case Nos. 22-mj-30232 and 21-mj-30231]**

**Superseding Case Information**

Superseding to Case No: _____ Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

June 1, 2022
Date

_/s/ Robert Moran_
Robert Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.Moran@usdoj.gov
(313) 226-9553
Bar #: P46346

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.